IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEVERICK SCOTT,
ADC #131042                                                                                    PLAINTIFF

V.                          CASE NO. 5:17-CV-262-JM-BD

FLOYD MCHAN, et al.                                                                        DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Defendant McHan's motion for summary judgment on the issue of exhaustion (#13) is GRANTED. Mr. Scott's access-to-the-courts claims against Defendant McHan is DISMISSED, without prejudice.

Mr. Scott is allowed to PROCEED with his retaliation claims against Defendant McHan.

IT IS SO ORDERED, this 24th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE