IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEVERICK SCOTT,**
**ADC #131042**                                                                                               **PLAINTIFF**

**V.**                    **CASE NO. 5:17-CV-262-JM-BD**

**FLOYD MCHAN, et al.**                                                                       **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. (Doc. No. 51) After careful review of the Recommendation and the parties' timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant McHan's motion for summary judgment (Doc. No. 34) is GRANTED in part and DENIED in part. All claims for money damages against Defendant McHan in his official capacity are dismissed. Defendant McHan's motion for summary judgment as to the first major disciplinary is denied, and his claim regarding the second major disciplinary is granted.

IT IS SO ORDERED, this 1st day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE