IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEVERICK SCOTT**                                                                                 **PLAINTIFF**

**V.**                                          **NO. 5:17CV00262-JM**

**FLOYD MCHAN**                                                                                  **DEFENDANT**

## JUDGMENT

For the reasons stated on the record on this date, judgment is entered in favor of the Defendant. The clerk is directed to close the case.

So adjudged this 13th day of September, 2021.

_____
James M. Moody, Jr.
United States District Judge